ROBERT LEFFERTS, as Executor, etc., and FRANCIS J. SULLIVAN, Respondents, v. FREDERICK C. SOLZ and Another, Appellants, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

SEAMON LOWERRE, Respondent, v. CENTURY COUNTRY CLUB, Appellant.— Motion for stay granted on condition that appellant perfect the appeal for the January, 1923, term (for which term this case is set down) and be ready for argument on January twelfth; otherwise, motion denied, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

FREDERIC S. MARSELL, Appellant, v. SAMUEL EVANS MAIRES, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON, Constituting the Public Service Commission of the State of New York, and Others, Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUST H. BRANDT, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENIS W. CORRIGAN, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCES R. REGAN, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JESSE C. ROGERS, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRTLE S. WATERHOUSE, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

SCIENTIFIC UTILITIES COMPANY, INC., Appellant, v. ALFRED BURKE and Others, Respondents.— Motion for stay granted upon appellant giving a bond in an amount to be determined on the settlement of the order; otherwise, motion denied, with ten dollars costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ. Settle order before Mr. Justice Manning on December 28, 1922, at ten o'clock, A. M.

SYLVAN SEELIG, an Infant, etc., Respondent, v. ALLIED CLEANING AND DYEING CORPORATION and Others, Appellants. Gus SEELING, Respondent, v. ALLIED CLEANING AND DYEING CORPORATION and Others, Appellants.— Motions for orders directing appeal to be heard on one record granted. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.